# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 17, 2025

### NO. 03-25-00124-CR

**The State of Texas, Appellant**

**v.**

**Adrian Chavez, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order granting the motion to suppress entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's suppression order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.